LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
DAVID MARKMAN, ESQ.
Nevada Bar No. 12440
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
dmarkman@lipsonneilson.com

*Attorneys for HARTRIDGE HOMEOWNERS ASSOCIATION*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> HARTRIDGE HOMEOWNERS ASSOCIATION, SATICOY BAY, LLC SERIES 5528 MERIDIAN RAIN; ABSOLUTE COLLECTION SERVICES, LLC. <br><br> Defendants. | CASE NO.: 2:16-cv-00409-KJD-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR HARTRIDGE HOMEOWNERS ASSOCIATION TO FILE MOTION FOR SUMMARY JUDGMENT** <br><br> **(First Request)** |

Defendant HARTRIDGE HOMEOWNERS ASSOCIATION ("HOA"), Plaintiff BANK OF AMERICA, N.A., Defendants SATICOY BAY, LLC SERIES 5528 MERIDIAN RAIN, and ABSOLUTE COLLECTIONS SERVICES, LLC, by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant HOA to file a Motion for Summary Judgment shall be extended to **February 21, 2017**. The HOA's Motion was originally due on February 16, 2017. Additional time is necessary for counsel to file its Motion due to the influx of cases in this area of litigation. This is the parties' first request for an extension. The parties have entered into the

agreement in good faith and not for purposes of delay.

DATED this 16th day February, 2017.

| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.<br><br>By: /s/ David Markman<br>J. William Ebert, Esq. (Bar No. 2697)<br>David A. Markman, Esq. (Bar No. 12440 )<br>9900 Covington Cross Dr., Suite 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Hartridge Homeowners Association* | AKERMAN, LLP<br><br>By: /s/ Tenesa Scaturro<br>Ariel E. Stern, Esq. (Bar No. 8276)<br>Tenesa S. Scaturro, Esq. (Bar No. 12488)<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br><br>*Attorneys for Bank of America, N.A.* |
|---|---|
| ABSOLUTE COLLECTION SERVICES, LLC<br><br>By: /s/ Shane Cox<br>SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>8440 W. Lake Mead Blvd., Suite 210<br>Las Vegas, Nevada 89128<br><br>*Attorney for Absolute Collection Services, LLC* | LAW OFFICE OF MICHAEL F. BOHN<br><br>By: /s/ Michael Bohn<br>MICHAEL F. BOHN, ESQ. (Bar No. 1641)<br>376 E. Warm Springs Rd. Suite 140<br>Las Vegas ,NV 89119<br><br>*Attorneys for Saticoy Bay, LLC Series 5528 Meridian Rain* |

**ORDER**

IT IS SO ORDERED.

DATED this 22nd day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE